[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 6, 2007
THOMAS K. KAHN
CLERK

_____

06-11134

_____

D.C. Docket No. 05-80155CR-JIC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERTO DIAZ,

Defendant-Appellant.

------------------------
Appeal from the United States District Court
for the Southern District of Florida
-------------------------

**(June 6, 2007)**

Before TJOFLAT, CARNES and HULL, Circuit Judges.

BY THE COURT:

Given the lack of merit in the issue identified in Appellant's initial merits brief

as originally filed and the absence of any plain error in the district court's acceptance of Appellant's guilty plea, we find it unnecessary to reach the motions filed by Appellant's counsel in a belated attempt to withdraw pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396 (1967).  The district court's judgment is **AFFIRMED,** and all pending motions are **DENIED AS MOOT.**